# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| BRIAN SANDERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEXAS A&M UNIVERSITY-TEXARKANA,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:21-CV-00093-RWS<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 16), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause of action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 29th day of September, 2022.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE